COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      Cecilia Clinkscale v. Corporate Auto Services, et al.

Appellate case number:   01-15-00938-CV

Trial court case number:   1059855

Trial court:                County Civil Court at Law No. 1 of Harris County

      The en banc court has unanimously voted to deny appellant's amended motion for en banc reconsideration of the memorandum opinion and judgment, issued on March 22, 2016.

      It is ordered that the motion for en banc reconsideration is **denied**.

Judge's signature:  /s/ Evelyn V. Keyes
                    Acting for the En Banc Court*

Date:  July 21, 2016

\* En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.